February 5, 2011

From: United States Bankruptcy Court

RE: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice, Case Number: 11-14720

**TO THE DEBTOR:**

The enclosed notice could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that one or more addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should consult an attorney with any legal questions you might have.

NOTE: You must immediately send a copy of the enclosed notice to the recipient(s) listed below. **No further notices will be mailed to the notice recipient(s) listed below until the address is updated in accordance with local court policy using this form, a separate notice of change of address, and/or an amended schedule.** This form cannot be used to add a new creditor not previously listed on your schedules.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule, you must: 1) locate the correct address and forward the enclosed notice to each creditor; 2) list each updated address below; 3) sign and date the form; and 4) file this form with the court.

**UNDELIVERABLE ADDRESS:** SOUTHWEST COLLECTION, 635 MAIN ST, ORANGE CA 92868
**Reason:** Forwarding order has expired.
**UPDATED ADDRESS:**

Southwest Collection Serv

P. O. Box 6349 Orange, CA. 92613

Manuel G. Esquivel                    03 - 07 - 11
Debtor's Signature                    Date

```
                                    FILED

                                MAR 1 0 2011

                        CLERK U.S. BANKRUPTCY COURT
                        CENTRAL DISTRICT OF CALIFORNIA
                        BY:                   Deputy Clerk
```

1