|  | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | **FILED & ENTERED**<br><br>MAY 31 2011<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** speters **DEPUTY CLERK** |

| In re:<br><br>Manuel Gomez Esquivel,<br><br>Timothy Yoo (TR) | CHAPTER: 7 |
|---|---|
| | CASE NO.: 2:11-bk-14720-BB |
| Debtor(s). | DATE: May 31, 2011<br>TIME: 10:00 AM |
| Trustee. | CTRM: 1475<br>FLOOR: |

# ORDER GRANTING MOTION FOR RELIEF FROM STAY
## UNDER 11 U.S.C. § 362
### (Unlawful Detainer)
### (MOVANT:   Federal National Mortgage Association )

1. The Motion was:   ☒ Contested    ☐ Uncontested    ☐ Settled by Stipulation

2. This Order applies to the following residential or nonresidential real property (the "Property"):
   *Street:* **4639 South Pine Street**
   *Apartment/Suite no.:*
   *City, State, Zip Code:* Pico Rivera, CA  90660

3. The Court orders that the Motion is granted under 11 U.S.C. § 362(d)(1) and (d)(2).  The stay of 11 U.S.C. § 362(a) and the co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a), if applicable, (the "Stay") is/are terminated as to Debtor(s) and Debtor's(s') bankruptcy estate with respect to Movant, its successors, transferees and assigns ("Movant").  Movant may enforce its remedies to obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate, except by filing a Proof of Claim in this bankruptcy case pursuant to 11 U.S.C. § 501.

4. The Court further orders as follows:
   a. ☐ Movant shall not cause the Debtor(s) to be locked out before the following date *(specify)*:
   b. ☐ The Stay is annulled retroactive to the petition date.  Any postpetition acts taken by Movant to enforce its remedies to obtain possession of the Property shall not constitute a violation of the Stay.
   c. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
   d. ☐ All provisions of this Order also apply to relief from the co-debtor stay under 11 U.S.C. § 1201 or § 1301, as applicable to the above-named co-debtor.
   e. ☐ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised December 2009*                                                                                                                    **F 4001-10.UD**

| In Re | (SHORT TITLE) | | CHAPTER: 7 |
|---|---|---|---|
| Manuel Gomez Esquivel | | | |
| | | Debtor(s) | CASE NO: 2:11-bk-14720-BB |

f. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.
g. ☐ See attached continuation page for additional provisions.


Dated: 05/31/2011

_____
UNITED STATES BANKRUPTCY JUDGE

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised December 2009*  **F 4001-10.UD**

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised December 2009*    **F 4001-10.UD**