United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 11-14720-BB
Manuel Gomez Esquivel                                                   Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin              Page 1 of 1            Date Rcvd: May 31, 2011
                              Form ID: pdf033          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2011.
db         +Manuel Gomez Esquivel,    4639 Pine Street,    Pico Rivera, CA 90660-2261
cr         +Flagstar Bank, FSB,    Malcolm & Cisneros,    2112 Business Center Drive,    Second Floor,
             Irvine, CA 92612-7135
cr         +JPMorgan Chase Bank, N.A., successor by merger to,    Alvarado & Associates, LLP,
             1 MacArthur Place, Suite 210,    Santa Ana, CA 92707-5998

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp         Courtesy NEF
cr           Federal National Mortgage Association
cr           Wells Fargo Bank, N.A.
                                                                                             TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 02, 2011**                    **Signature:** _Joseph Speetjens_

|  | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | **FILED & ENTERED**<br><br>**MAY 31 2011**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY speters   DEPUTY CLERK** |
| In re:<br>Manuel Gomez Esquivel,<br><br>Timothy Yoo (TR)<br><br>Debtor(s).<br>Trustee. | CHAPTER:   7<br><br>CASE NO.:   2:11-bk-14720-BB<br>DATE:   May 31, 2011<br>TIME:   10:00 AM<br>CTRM:   1475<br>FLOOR: |

# ORDER GRANTING MOTION FOR RELIEF FROM STAY
## UNDER 11 U.S.C. § 362
### (Unlawful Detainer)
### (MOVANT:   Federal National Mortgage Association )

1. The Motion was:   ☒ Contested      ☐ Uncontested      ☐ Settled by Stipulation

2. This Order applies to the following residential or nonresidential real property (the "Property"):
   *Street:*   **4639 South Pine Street**
   *Apartment/Suite no.:*
   *City, State, Zip Code:* Pico Rivera, CA  90660

3. The Court orders that the Motion is granted under 11 U.S.C. § 362(d)(1) and (d)(2). The stay of 11 U.S.C. § 362(a) and the co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a), if applicable, (the "Stay") is/are terminated as to Debtor(s) and Debtor's(s') bankruptcy estate with respect to Movant, its successors, transferees and assigns ("Movant").  Movant may enforce its remedies to obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate, except by filing a Proof of Claim in this bankruptcy case pursuant to 11 U.S.C. § 501.

4. The Court further orders as follows:
   a. ☐ Movant shall not cause the Debtor(s) to be locked out before the following date *(specify)*:
   b. ☐ The Stay is annulled retroactive to the petition date.  Any postpetition acts taken by Movant to enforce its remedies to obtain possession of the Property shall not constitute a violation of the Stay.
   c. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
   d. ☐ All provisions of this Order also apply to relief from the co-debtor stay under 11 U.S.C. § 1201 or § 1301, as applicable to the above-named co-debtor.
   e. ☐ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised December 2009*                                                                                                          **F 4001-10.UD**

Case 2:11-bk-14720-BB    Doc 26    Filed 06/02/11    Entered 06/02/11 22:05:02    Desc
              Order Granting Motion for Relief from Stay (Unlawful Detainer) - Page 2 of 4
              Imaged Certificate of Service    Page 3 of 4

| In Re | (SHORT TITLE) | | CHAPTER: 7 |
|---|---|---|---|
| Manuel Gomez Esquivel | | Debtor(s) | CASE NO: 2:11-bk-14720-BB |

f. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.

g. ☐ See attached continuation page for additional provisions.

Dated: 05/31/2011

*[signature]*

_____
UNITED STATES BANKRUPTCY JUDGE

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised December 2009*                                                              **F 4001-1O.UD**

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised December 2009*  **F 4001-10.UD**