Steven M. Lawrence – Bar No. 150861
ALVARADO & ASSOCIATES, LLP
1 Mac Arthur Place, Suite 210
Santa Ana, California 92707
(714) 327-4400, fax (714) 327-4499
104-49750-2

Attorneys for Movant  JPMORGAN CHASE BANK, N.A., SUCCESSOR BY MERGER TO CHASE HOME FINANCE, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MANUEL GOMEZ ESQUIVEL,<br><br>Debtor.<br>_____<br><br>JPMORGAN CHASE BANK, N.A., SUCCESSOR BY MERGER TO CHASE HOME FINANCE, LLC,<br><br>Movant,<br><br>vs.<br><br>MANUEL GOMEZ ESQUIVEL, Debtor; TIMOTHY YOO, Chapter 7 Trustee,<br><br>Respondents.<br>_____ | Case No.  2:11-14720-BB<br><br>[Chapter 7]<br><br>**NOTICE OF CONTINUED HEARING**<br><br>**Continued Hearing Date:**<br>**Date: July 19, 2011**<br>**Time: 10:00 a.m.**<br>**Place: Courtroom 1475**<br>**255 East Temple Street**<br>**Los Angeles, California** |

**TO THE DEBTOR,  CHAPTER 7 TRUSTEE, U.S. TRUSTEE AND ALL OTHER INTERSTED PARTIES:**

     **PLEASE TAKE NOTICE** that the hearing on the Motion for Relief from the Automatic Stay in the above-captioned matter originally scheduled to be heard on June 21, 2011 at 10:00 a.m., **has been continued to July 19, 2011 at 10:00 a.m.**, in courtroom 1475 of the U.S. Bankruptcy Court located at 255 East Temple Street, Los Angeles, California.

1 | If you wish to oppose the Motion, Oppositions will be due by July 15, 2011.

3 | Dated: June 23, 2011                          ALVARADO & ASSOCIATES, LLP

5 | By___/s/Steven M. Lawrence_____
6 | Steven M. Lawrence, Attorneys for Movant
JPMORGAN CHASE BANK, N.A., SUCCESSOR
7 | BY MERGER TO CHASE HOME FINANCE, LLC

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is **ALVARADO & ASSOCIATES, LLP 1 Mac Arthur Place, Suite 210, Santa Ana CA 92707.**

On ___06/23/11___, I served the foregoing document(s) described as **NOTICE OF CONTINUED HEARING; PROOF OF SERVICE** on the interested parties in this action.

[X] by placing [ ] the original and/or [X] a true copy thereof enclosed in a sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

[XX] **(BY REGULAR MAIL)**
    [XX]   I deposited such envelope in the mail at
        **1 Mac Arthur Place, Suite 210, Santa Ana CA 92707**
The envelope was mailed with postage thereon fully prepaid.

[] I caused such envelope to be deposited in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if Postal cancellation date or postage meter date is more than one (1) day after date of deposit of mailing affidavit.

[] **(BY UPS, OVERNIGHT MAIL)**
    []   I deposited such documents at the UPS Drop Box located at **1 Mac Arthur Place, Suite 210, Santa Ana CA 92707**. The envelope was deposited with delivery fees thereon fully prepaid.

[ ] **(BY DATE FACSIMILE)**
    [ ]   I tele-faxed a copy of the original document to the above address, by Facsimile Number _____

Executed on ___06/23/11___

[X] **(FEDERAL)**   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Alondra Barajas

## SERVICE LIST

MANUEL GOMEZ ESQUIVEL
4639 PINE STREET
Pico Rivera, CA 90660
(DEBTOR-PRO SE)

TIMOTHY YOO
CHAPTER 7 TRUSTEE
800 SOUTH FIGUEROA STREET, SUITE 1260
LOS ANGELES, CA 90017
(CHAPTER 7 TRUSTEE)

U.S. TRUSTEE
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017

Attn: Chambers Copies
U.S. Bankruptcy Court
Judge Sheri Bluebond
255 East Temple Street, Suite 1482
Los Angeles, CA 90012

GABRIEL GERMAN CHAPARRO
MARTINA GERMAN
1411 E PIERCE ST
PHOENIX, AZ 85006
(ORIGINAL BORROWERS)